IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICKY BURAS** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:06cv1136-LG-JMR** |
| | § | |
| **OFFICE OF DISABILITY** | § | |
| **DETERMINATION SERVICES, and** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY, JOANN BARNHART,** | § | |
| **Commissioner** | § | **DEFENDANT** |

## AMENDED JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [14] , the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper entered on October 25, 2007, be, and the same hereby is, adopted as the findings of this Court.  The Plaintiff's claims are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of February, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge